# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

Plaintiff/Respondent,

vs.

Deshonte Antwon Dickson,

Defendant/Movant.

Criminal No.: 1:17-cr-00036
Civil No.: 1:26-cv-00143

## ORDER GRANTING MOTION TO DISMISS AND
## DISMISSING MOTION TO VACATE UNDER 28 U.S.C. SECTION 2255

[¶ 1]    THIS MATTER comes before the Court on a Motion to Vacate under 28 U.S.C. § 2255 challenging the Defendant's 120-month prison sentence. Doc. No. 328. In response, the United States filed a Motion to Dismiss arguing the Motion to Vacate is moot because the Defendant is no longer in custody. Doc. No. 330. The Defendant responded to the United States' motion, arguing that because he is on supervised release, the Court has jurisdiction over the Motion to Vacate. Doc. No. 332.

[¶ 2]    The Parties agree the Defendant is not in custody. The Motion to Vacate only challenges his 120-month prison sentence. It does not challenge his conviction or the length of his term of supervised release. Because the Defendant is no longer in custody, granting the Motion would not provide any relief to the Defendant. The Motion is, therefore, moot. See Owen v. United States, 930 F.3d 989, 990 (8th Cir. 2019) (holding a § 2255 petition is moot when a prisoner is released from prison and "challenged only his term of imprisonment" but not "the term of supervised release").

[¶ 3]    Accordingly, the United States Motion to Dismiss is **GRANTED** and the Defendant's Motion to Vacate under 28 U.S.C. § 2255 is **DISMISSED**. The Court makes these additional findings:

(1) Any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

(2) Based upon the entire record before the Court, dismissal of the Motion is not debatable, reasonably subject to a different outcome on appeal, or otherwise deserving of further proceedings. Therefore, a certificate of appealability will not be issued by this Court. See Tiedeman v. Benson, 122 F.3d 518, 520 (8th Cir. 1997) (finding a district court possesses the authority to issue certificates of appealability under § 2255(c)). If the petitioner desires further review of his petition, he may request the issuance of a certificate of appealability by a circuit judge of the Eighth Circuit Court of Appeals in accordance with Tiedeman.

[¶ 4]    **IT IS SO ORDERED.**

DATED July 22, 2026.

Daniel M. Traynor, District Judge
United States District Court